UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| SAMANTHA GALE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:12-CV-567-FL |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the Memorandum and Recommendation if the United States Magistrate Judge to which plaintiff filed objections and defendant responded.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 30, 2013, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted.  The court affirms the final decision of the defendant.

**This Judgment Filed and Entered on September 30, 2013, and Copies To:**

Pamela Marie Henry-Mays (via CM/ECF Notice of Electronic Filing)
Christian M. Vainieri (via CM/ECF Notice of Electronic Filing)


September 30, 2013                                    JULIE A. RICHARDS, CLERK
                                                       /s/ Christa N. Baker
                                                      (By) Christa N. Baker, Deputy Clerk